UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leothis West,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Civil Action No.    09 2181
                                 )
Anna Escobedo Cabral,            )
                                 )
        Defendant.               )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a District of Columbia resident, sues former United States Treasurer Anna Escobedo Cabral for $100,000, claiming "Fraud and False Statement (In God We Trust)." The one-page complaint includes a copy of the front and back sides of the one dollar bill. A complaint may be dismissed as frivolous when, as here, "there is indisputably absent any factual and legal basis for the asserted wrong." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: October 2 6, 2009